■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR TORRES, Appellant. [754 NYS2d 556] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Carroll, J.), rendered February 14, 2001, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court providently exercised its discretion in making its *Sandoval* ruling (*see People v Sandoval,* 34 NY2d 371, 374-375), as it struck a proper balance between the probative worth of the evidence and its possible prejudice to the defendant (*see People v Forino,* 287 AD2d 519, 520; *People v Sobers,* 272 AD2d 418, 419; *People v Dwyer,* 243 AD2d 645).

Additionally, the trial court providently exercised its discretion in denying the defendant's motion for a mistrial based on the complainant's unsolicited testimony during cross-examination that the defendant "robbed * * * from the other floors" in the building (*see People v Ortiz,* 54 NY2d 288, 292; *People v Caban,* 224 AD2d 705). Any prejudice to the defendant that might have resulted from the complainant's testimony was alleviated as the court directed the jury to disregard the testimony (*see People v Santiago,* 52 NY2d 865; *People v Young,* 48 NY2d 995). Florio, J.P., Feuerstein, Friedmann and Rivera, JJ., concur.